IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR356 |
| | ) | |
| vs. | ) | |
| | ) | ORDER FOR DISMISSAL |
| CLARENCE BUTLER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Dismissal (Filing No. 102). The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS ORDERED:

1. Leave of Court is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, Clarence Butler.

2. The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Clarence Butler.

DATED this 19th day of April, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge